AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means     ☑ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of  
*(Briefly describe the property to be searched or identify the person by name and address)*  
The person of Tyrone Jones, B/M, DOB: 02/08/1956, PDID#: 259-891

Case No. 19-sw-205

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of **Columbia**
*(identify the person or describe the property to be searched and give its location):*

Tyrone Jones, B/M, DOB: 02/08/1956, PDID#: 259-891

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

a saliva sample from the defendant's mouth.

**YOU ARE COMMANDED** to execute this warrant on or before    **July 2, 2019**    *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    **ROBIN M. MERIWEATHER**
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____

Date and time issued:    06/18/2019    *[signature]*    2019.06.18 16:37:36 -04'00'
*Judge's signature*

City and state:    Washington, DC    Magistrate Judge ROBIN M. MERIWEATHER
*Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.: 19-sw-205 | Date and time warrant executed: 6/21/2019  3:15pm | Copy of warrant and inventory left with: Tyrone P. Jones |

Inventory made in the presence of : Tyrone P. Jones

Inventory of the property taken and name(s) of any person(s) seized:

1 DNA Sample

**FILED**
JUL 0 3 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/21/2019

*Executing officer's signature*

Lynda W. Thomas, Special Agent
*Printed name and title*